UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00200-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GLENNA TYLER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on a letter from defendant's mother seeking a modification of the terms of defendant's upcoming house arrest after her release from prison. Letter (#23). Defendant and defendant's mother are advised that the court cannot afford any relief on such a request and that defendant and her family should work with defendant's supervising probation officer upon defendant's release. Appropriate modifications could be possible upon recommendation of such officer; however, the court cannot change the Judgment in this matter based on letters.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant's mother seeks relief from this court in her Letter (#23), such request is denied.

Signed: August 29, 2014

Max O. Cogburn Jr.
United States District Judge