UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00200-MOC

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| GLENNA TYLER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early termination of Supervised Release. While defendant represents in the motion that her supervising officer supports such motion, the undersigned requires such support to be in the form of a writing and for written consent to be secured from the government. The motion does not reflect consultation with the government.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early termination of Supervised Release (#25) is DENIED WITHOUT PREJUDICE.

Signed: October 9, 2015

Max O. Cogburn Jr.
United States District Judge