UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00200-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **GLENNA TYLER,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Amended Motion for Early Termination of Supervised Release. Earlier, this court denied defendant's first Motion for Early Termination (#25) and instructed that consent from probation must be "in the form of a writing and for written consent to be secured from the government." Order (#27) at 1. While the instant motion reflects consultation with and concurrence of the USAO, <u>written</u> consent of both probation and the government must be secured before the court will terminate supervised release without a hearing.[1] (Counsel is advised that this requirement is not a bureaucratic hurdle, but is due to a Bar colleague misrepresenting to the court that they had secured consent when in fact such early termination was opposed.) If counsel cannot secure such written consent, counsel should file a motion for hearing.

---

[1] It does not appear that the court's earlier Order (#27) had been entered prior to counsel filing the instant amended motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Amended Motion for Early Termination of Supervised Release (#26) is **DENIED WITHOUT PREJUDICE**.

Signed: October 21, 2015

Max O. Cogburn Jr.
United States District Judge