UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00200-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GLENNA TYLER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Supervised Release, as Amended. In support of such motion, defendant has submitted a signed writing from her supervising officer recommending such relief and an email from the AUSA assigned to this case indicating that the government does not object. Review of the motion, brief, and recommendation reveals that early termination is warranted in this case based on defendant's excellent performance while on supervision as well as her contributions to her community. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervised Release, as Amended (#29) is GRANTED, and supervised release is TERMINATED early as successfully completed.

Signed: December 11, 2015

Max O. Cogburn Jr.
United States District Judge